| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | FILED |
|---|---|
| FRED BURNSIDE (CA Bar No. 211089)<br>ANNA R. BUONO (CA Bar No. 232753)<br>DAVIS WRIGHT TREMAINE LLP<br>865 South Figueroa Street, Suite 2400<br>Los Angeles, California 90017-2566<br>Telephone: 213.633.6800<br>Fax: 213.633.6899 | 2012 APR 13 AM 11: 21<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>RIVERSIDE |
| ATTORNEYS FOR: REDFLEX TRAFFIC SYSTEMS, INC. | BY: |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL CURRAN, et al., | CASE NUMBER: |
|---|---|
| Plaintiff(s),<br>v.<br>CITY OF VICTORVILLE, REDFLEX TRAFFIC SYSTEMS, INC., DOES 1-40,<br>Defendant(s) | EDCV 12 - 00554 JST (SPx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Redflex Traffic Systems, Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Michael Curran | Plaintiff (an individual) |
| City of Victorville | Defendant (incorporated as a general law city) |
| Redflex Traffic Systems, Inc. | Defendant (a Delaware limited liability company) |
| Redflex Holdings, Ltd. | Parent |

4-13-2012  
Date

Sign: /s/ Anna R. Buono

Redflex Traffic Systems, Inc.  
Attorney of record for or party appearing in pro per

## PROOF OF SERVICE BY FEDERAL EXPRESS

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine, LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566. I am familiar with the practice at my place of business for collection and processing of correspondence for overnight delivery by Federal Express. Such correspondence will be deposited with a facility regularly maintained by Federal Express for receipt on the next business day.

On April 13, 2012, I served the following document(s): **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** by placing a **true copy or original** in a separate envelope for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Robert D. Conaway
Law Offices of Robert D. Conaway
222 East Main Street, Suite 212
Barstow, CA 92312-0865

and by sealing the envelope and placing it for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.

Executed on April 13, 2012, at Los Angeles, California.

☑ State — I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

☑ Federal — I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Frank M. Romero
Print Name                                    Signature