JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  EDCV 12-554-JST (SPx)                                    Date:  June 7, 2012
Title:  Michael Curran v. City of Victorville, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                            Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER REMANDING CASE TO SAN BERNARDINO SUPERIOR COURT CASE NO. CIVVS 1200769**

   This action was originally removed to federal court on April 13, 2012, on the basis of federal question jurisdiction and diversity jurisdiction under the Class Action Fairness Act ("CAFA"). (Doc. 1.)  On May 18, 2012, the Court granted in part Defendant's motion to dismiss, ruling that Plaintiff's federal claim was not ripe for adjudication. (Doc. 21 at 6.)  As to Plaintiff's state-law claims, the Court ordered the parties to show cause in writing no later than June 4, 2012, as to why it should not remand this action to state court because it lacked diversity jurisdiction under CAFA.  (*Id*. at 7.)  The Court advised the parties that failure to respond to the order to show cause by that date would result in the Court remanding this matter to the San Bernardino Superior Court.  To date, neither party has responded to the Court's order to show cause.

   Having given the parties an opportunity to demonstrate to the Court the basis for subject matter jurisdiction under CAFA, and the parties having failed to provide any adequate basis, this case is now remanded to San Bernardino Superior Court, Case No. CIVVS 1200769.

                                                                                    Initials of Preparer:  enm